## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:17-mj-143 | 9/5/2017 @ 2:35 PM | ALVIN BAD YELLOW HAIR |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

PHOTOS TAKEN, NOTHING SEIZED

**FILED**
SEP 12 2017
CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/5/2017

_Executing officer's signature_

SPECIAL AGENT MATTHEW R. THATCHER
_Printed name and title_